# UNITED STATES DISTRICT COURT
for the
District of Connecticut

Hartford Division

| | |
|---|---|
| Abdulfotikh Suleymanov | Case No. 3:21-cv-00810 (JAM) |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Winston Premier Logistics, LLC<br>Otabek Umarov | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Abdulfotikh Suleymanov |
| Street Address | 950 Farmington Ave Apt 37A |
| City and County | New Britain |
| State and Zip Code | CT 06053 |
| Telephone Number | 860-357-8762 |
| E-mail Address | fotih1983@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Winston Premier Logistics |
| Job or Title *(if known)* | Limited Liability Company ("the Company"). |
| Street Address | 1105 COUNTY ROAD 246S |
| City and County | OXFORD |
| State and Zip Code | FL  34484 |
| Telephone Number | (773) 414-5127 |
| E-mail Address *(if known)* | winstonpremier@yahoo.com |

Defendant No. 2

| | |
|---|---|
| Name | Otabek Umarov ("Umarov") |
| Job or Title *(if known)* | The Company Manager |
| Street Address | 1105 COUNTY ROAD 246S |
| City and County | Oxford |
| State and Zip Code | FL 34484 |
| Telephone Number | (773) 414-5127 |
| E-mail Address *(if known)* | otabek5@yahoo.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

29 U.S. Code § 206. 18 U.S.Code § 1343.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Abdulfotikh Suleymanov, is a citizen of the State of *(name)* Connecticut.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Otabek Umarov, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Winston Premier Logistics, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is $ 10, 000.00 or more.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment below.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests for the Court to DECLARE that Defendnats are nonresident individuals or foreign partnerships within the meaning of Conn. Gen. Stat. §52-59b(a), ORDER Defendants compensate Plaintiff for the damages claimed above, Order Otabek Umarov to return the Iphones and Ipods in the same condition he obtained them, PROVIDE any other relief it may deem just and appropriate without further sale, delay or denial of his rights and privileges.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/15/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Abdulfotikh Suleymanov

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## COMPLAINT (cont).

### COUNT I. ACTION FOR DECLARATORY
### RELIEF UNDER Conn. Gen. Stat. §52-29.

1. On or about January 10, 2021 in New Britain, CT Umarov hired Plaintiff to drive the Company's semi-truck and trailer at a rate of 70 cents per mile to be paid on a weekly basis.
2. The following day, Plaintiff and Umarov started a two week on-the job-training training on the Company's semi-truck and trailer.
3. On March 26, 2021 Plaintiff and Umarov conducted another training on the Company's semi-truck and trailer.
4. On April 14, 2021 Plaintiff delivered a load to Freshpoint Connecticut.
5. The next day Plaintiff took the Company's semi-truck and trailer to a mechanic's shop near his Connecticut residence.
6. Based on foregoing, the Defendants should be declared nonresident individuals or foreign partnerships within the meaning of Conn. Gen. Stat. §52-59b(a).

### COUNT II. ACTION AGAINST DEFENDANTS
### FOR THEIR BREACHES OF CONTRACT.

7. Plaintiff hereby fully incorporates paragraphs 1 through 8 and 20.
8. From January 11, 2021 till June 3, 2021 Plaintiff actively worked for the Company.
9. However, the Company stopped paying for his services on May 4, 2021.
10. On numerous occasions Umarov promised to pay all overdue compensation at a later date, as long as Plaintiff continued to work for him, but has not done so.
11. Specifically, on May 30, 2021 Umarov called Plaintiff on his cell phone and asked to meet him, upon completion of his trip, in the Chicago area so that they could discuss some matter and he could personally deliver the overdue paychecks.
12. On June 3, 2021, Plaintiff completed his trip without any issue. In return, Umarov, in a rude and disrespectful manner, demanded from Plaintiff to pick up his belongings and vacate the truck without giving any paycheck.
13. Plaintiff complied with that demand and went back home the following day.

### COUNT III. ACTION AGAINST THE COMPANY
### FOR ITS VIOLATION OF Conn. Gen. Stat. §42-110b.

14. Plaintiff hereby fully incorporates paragraphs 1 through 13 and 20.

### COUNT IV. ACTION AGAINST THE COMPANY
### FOR ITS VIOLATION OF 29 U.S. Code § 206.

15. Plaintiff hereby fully incorporates paragraphs 1 through 13 and 20.

### COUNT V. ACTION AGAINST BOTH DEFENDANTS
### FOR THEIR VIOLATION OF 18 U.S.Code § 1343.

16. Plaintiff hereby fully incorporates paragraphs 1 through 13 and 20.

### COUNT VI. ACTION AGAINST OTABEK UMAROV
### FOR HIS CONVERSION OF PLAINTIFF's PROPERTY .

17. On March 27, 2021 Plaintiff asked Umarov to deliver two brand new I-phones (12 pro blue series) and two sets of airpods to his in-laws residing in Republic of Uzbekistan, where Umarov was going to fly in shortly.
18. Umarov agreed to do so. However, as of this date, Umarov has not fulfilled his promise yet.
19. Umarov has not returned the above-mentioned merchandise even after Plaintiff's numerous requests to do so.
20. As a result, Plaintiff lost control of his property that is worth $2, 150.00, lost earned income in the amount of $ 8, 000.00, suffered from emotional distress and incurred travel costs in the amount of $500.00.

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L21000215213
FILED 8:00 AM
May 07, 2021
Sec. Of State
jsadler

## Article I
The name of the Limited Liability Company is:
 WINSTON PREMIER LOGISTIC'S LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
 1105 COUNTY RD 246S
 OXFORD, FL. US  34484

The mailing address of the Limited Liability Company is:
 1105 COUNTY RD 246S
 OXFORD, FL. US  34484

## Article III
The name and Florida street address of the registered agent is:
 OTABEK  UMAROV
 1105 COUNTY RD 246S
 OXFORD, FL.  34484

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   OTABEK UMAROV

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
OTABEK UMAROV
1105 COUNTY RD 246S
OXFORD, FL. 34484 US

## Article V

The effective date for this Limited Liability Company shall be:

05/07/2021

Signature of member or an authorized representative

Electronic Signature: OTABEK UMAROV

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

L21000215213
FILED 8:00 AM
May 07, 2021
Sec. Of State
jsadler